IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Gregory Hill Young, :

        Plaintiff : Civil Action 2:08-cv-00305

v. : Judge Sargus

Warden Alan Lazzeroff, *et al.*, : Magistrate Judge Abel

        Defendants :

## Order

On February 2, 2009, defendants filed a motion for summary judgment (doc. 26), but plaintiff Young has failed to respond to it. On January 27, 2009, mail directed by the Clerk of Court to Young was returned with the legend written on the envelope that Young had been released from prison on January 6, 2009. Young has not provided the Clerk of Court with a new address.

On June 12, 2009, the Magistrate Judge ordered Young to show cause why this case should not be dismissed with prejudice for failure to prosecute. He failed to respond.

Accordingly, this action is hereby DISMISSED for failure to prosecute and failure to comply with an order of the court. Rule 41(b), Fed. R. Civ. P. *See, Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962). S.D. Ohio Civil Rule 55.1(c). The Clerk of Court is

DIRECTED to enter JUDGMENT dismissing this case with prejudice for failure to prosecute.

                       6-30-2009
                 Edmund A. Sargus, Jr.
                 United States District Judge