AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**GREGORY HILL YOUNG,**

      **Plaintiff,**

**vs.**

**WARDEN ALAN LAZZEROFF, et al.,**

      **Defendants.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO. C2-08-305**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE MARK R. ABEL**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Order filed July 1, 2009, JUDGMENT is hereby entered DISMISSING this case with prejudice for failure to prosecute.**

Date: July 1, 2009                                                               JAMES BONINI, CLERK

                                                                                */S/ Andy F. Quisumbing*
                                                                                (By) Andy F. Quisumbing
                                                                                Courtroom Deputy Clerk